# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELVIN SANDERS,**
**ADC #094683**                                                                                             **PLAINTIFF**

v.                            Case No. 1:15-cv-00074-KGB-JTK

**CORRECTIONAL CARE SOLUTIONS,** *et al.*                                           **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). After a review of those Proposed Findings and Recommendations and plaintiff Melvin Sanders's objections (Dkt. No. 16), as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety. The Court denies Mr. Sanders's motion for preliminary and injunctive relief, which the Court construes as a motion for preliminary injunction (Dkt. No. 1).

SO ORDERED this 2nd day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE