**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MELVIN SANDERS,**
**ADC #094683**                                                                                    **PLAINTIFF**

**v.**                                     **Case No. 1:15-cv-00074-KGB-JTK**

**CORRECTIONAL CARE SOLUTIONS,** *et al.*                               **DEFENDANTS**

## ORDER

The Court has received two Proposed Findings and Recommendations ("Recommendations") from United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 28, 34). No objections have been filed to either Recommendation, and the time to file objections has passed. After careful review of the Recommendations, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court grants defendants' motion for partial summary judgment (Dkt. No. 23) and grants defendants' motion to dismiss (Dkt. No. 30). This case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge