IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELVIN SANDERS,**
**ADC #094683**     **PLAINTIFF**

v.     Case No. 1:15-cv-00074-KGB-JTK

**CORRECTIONAL CARE SOLUTIONS,** *et al.*     **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 12th day of September, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge